No. 12–8304. HENDERSON v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 12–8309. HALES v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 12–8310. FOX v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 12–8311. LARA v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 12–8315. DYNES v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 12–8319. PEPPERS v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 12–8320. MACK v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 12–8326. RODRIGUEZ-PORTILLO v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 12–8330. JACKSON v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 12–8331. TRINIDAD-COTTO v. UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 12–8335. REEDOM v. VILSACK, SECRETARY OF AGRICULTURE. C. A. 8th Cir. Certiorari denied.

No. 12–8339. MURELLO-GOMEZ v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 12–8342. PLAZA-ANDRADES v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 12–8344. CARRAZCO-GALVAN v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 12–8345. DOMINGUEZ-DEVALLE v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 12–8347. MOTHERSHED v. OKLAHOMA EX REL. OKLAHOMA BAR ASSN. ET AL. C. A. 9th Cir. Certiorari denied.